**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: FORTIETH STATEWIDE : No. 91 WM 2018
INVESTIGATING GRAND JURY :
:
:
:
PETITION OF: A.R. :

## ORDER

**PER CURIAM**

**AND NOW**, this 14th day of December, 2018, in consideration of the Petition for Review, the temporary redaction of Petitioner's name and other identifying information from Report 1 of the Fortieth Statewide Investigating Grand Jury is made permanent. *See In re Fortieth Statewide Investigating Grand Jury*, 190 A.3d 560 (Pa. 2018); *In re Fortieth Statewide Investigating Grand Jury*, 2018 WL _____ (Pa. Dec. 3, 2018).

The Application to Submit Answer to Emergency Petition for Review in the Nature of an Appeal *Nunc Pro Tunc* and the Application to File Reply are GRANTED. The Motion to Unseal and the Application to Lift Stay are DENIED.

Jurisdiction is relinquished.

The instant order is unsealed.